UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| FAITH OLGA MITCHELL | ) | |
| | ) | CASE NO. R11-43370-PWB |
| | ) | |
| DEBTOR | ) | |

## MOTION TO DISMISS

Comes now MARY IDA TOWNSON, TRUSTEE in the above styled matter, and respectfully shows the Court as follows:

1. Debtor filed a petition for relief under Chapter 13.

2. Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee.  As of June 07, 2013, the Debtor should have paid $4,108.48.  The Debtor has paid a total of $3,354.10, causing a delinquency of $754.38.

3. Furthermore, while the confirmed Chapter 13 plan provides for certain tax refunds due to the Debtor to be remitted to the Chapter 13 Trustee, it does not appear that the Trustee has received all of the required tax refunds.

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

    /S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: ) CHAPTER 13
FAITH OLGA MITCHELL )
) CASE NO. R11-43370-PWB
)
DEBTOR )

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion To Dismiss and related exhibits with the Court seeking an Order Of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **July 17, 2013** at **9:45 AM** in **Courtroom 342**, **Federal Building, 600 East First Street, Rome, GA 30161**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case (if you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This day, June 14, 2013.

_____/s/_____
Mary Ida Townson
Standing Chapter 13 Trustee
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA 30303
(404) 525-1110

# CERTIFICATE OF SERVICE

R11-43370-PWB

This is to Certify that I have this day served

| Trustee Address On File | Bankruptcy Court Address On File |
|---|---|
| FAITH OLGA MITCHELL<br>1696 BURNT OAK DRIVE<br>UNIT 204<br>DALTON, GA  30721<br><br>RICKMAN & ASSOCIATES<br>1325 SATELLITE BLVD<br>SUITE 1406<br>SUWANEE, GA  30024 | (Same as Trustee Address) |

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on Motion to

Dismiss Case by depositing in the United States Mail a copy of same in a properly addressed

envelope with adequate postage thereon.

DATED: 6/14/2013

/S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110